David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*
*Mid-Century Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE E. TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, a California limited liability company d/b/a Farmers Insurance Group; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.: |

## PETITION FOR REMOVAL

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendant/Petitioner, Mid-Century Insurance Company (hereinafter "Defendant"), and through their attorneys, The Feldman Firm, hereby removes the State action described herein to Federal Court. The grounds for removal are as follows:

1. On June 1, 2017, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled "*Julie E. Taylor vs. Mid-Century Insurance Company, a California Limited Liability Company d/b/a Farmers Insurance Group; DOES 1 through X, and ROE BUSINESS ENTITIES I through X, inclusive*", Case No. A-17-756323-C.

2. A copy of all process, pleadings and orders served upon Defendant Mid-Century Insurance Company in the State Court action are attached hereto as **Exhibit 1**.

3. This Petition is filed timely pursuant to 28 U.S.C. §1446(b).

4.      This action is a civil action of which this Court has diversity jurisdiction under the provisions of 28 U.S.C. §1332 and 28 U.S.C. §2201, and is one which may be removed to this Court by Petitioner pursuant to the provisions of 28 U.S.C. §1441(b).

5.      There is a diversity of citizenship between Plaintiff Julie E. Taylor, and the insuring entity, Defendant Mid-Century Insurance Company.  Defendant is informed and believes that Plaintiff, Julie E. Taylor was and still is a citizen of the State of Nevada.  Defendant Mid-Century Insurance Company was at the time of the filing of this action, and still is a corporation incorporated in the State of California.

6.      The matter in controversy exceeds $75,000.00.  Plaintiff seeks compensatory and special damages in an amount in excess of $100,000.00 under the uninsured/underinsured portion of the policy of insurance with Mid-Century Insurance Company (*See* Complaint, p. 3, ¶ 15, p. 6-7, attached hereto as **Exhibit 2**; Demand Letters from Plaintiff's counsel, Rebecca A. Fuller, Esq., dated August 25, 2015 at p. 3 ¶ 2, and November 22, 2016, seeking policy limits of $100,000.00, attached here as **Exhibit 3**).  Plaintiff seeks damages for Breach of Contract for underinsured motorist benefits $100,000.00 limits; Breach of the Covenant of Good Faith and Fair Dealing damages in an amount in excess of $10,000.00; Breach of Fiduciary Duty damages in an amount in excess of $10,000.00; and Violation of Statutes, including but not limited to Breach of the Nevada Unfair Claims Practices Act damages in an amount in excess of $10,000.00.  Plaintiff further seeks exemplary and punitive damages on the following Causes of Action:  Breach of the Covenant of Good Faith and Fair Dealing,  Breach of Fiduciary Duty, and Violation of Statutes.  Given those claims against this national insurance company, it is clear that Plaintiff is seeking punitive damages in excess of $75,000.00.  (*See* Complaint **Exhibit 2**).

7.      Defendant was served directly on June 9, 2017.  *(See* **Exhibit 1**).

8.      Pursuant to 28 U.S.C. §1446, a copy of this Petition for Removal is being filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and is further served on all parties hereto.

9.      Defendant Mid-Century Insurance Company will also timely file a Notice of

. . .

Removed Action in the Eighth Judicial District Court, Clark County, Nevada, a true and correct copy of which is attached as **Exhibit 4**, 28 U.S.C. § 1446(d).

### JURY DEMAND

Defendant Mid-Century Insurance Company demands a trial by jury on all issues appropriate for jury determination.

WHEREFORE, Defendant Mid-Century Insurance Company hereby removes the State action now pending against it in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-756323-C, to this Court.

DATED this ___7___ day of July, 2017.

THE FELDMAN FIRM

By:_____
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendants*
*Mid-Century Insurance Company*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the ___7___ of July, 2017, I mailed a true and correct copy of the foregoing **PETITION FOR REMOVAL** in a sealed envelope with First Class postage fully prepaid, addressed to the following:

> Rebecca A. Fuller, Esq.
> Fuller Law Practice, PC
> 500 N Rainbow Blvd., Suite 300
> Las Vegas, Nevada 89107
> Telephone: (702) 553-3266
> Facsimile: (702) 553-3267
> info@fullerlawpractice.com
> *Attorneys for Plaintiff*

_____
An Employee of THE FELDMAN FIRM

O:\djf\FARMERS\Taylor 3\Pleadings\Petition for Removal.wpd

4