UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIE E. TAYLOR, | Case No. 2:17-cv-01878-APG-PAL |
| Plaintiff, | **ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AND REFERRING REQUEST FOR A SETTLEMENT CONFERENCE TO THE MAGISTRATE JUDGE** |
| v. | |
| MID-CENTURY INSURANCE COMPANY, | |
| Defendant. | (ECF No. 14) |

Defendant Mid-Century Insurance Company moves for summary judgment on plaintiff Julie E. Taylor's extra-contractual claims for bad faith, breach of fiduciary duty, and unfair claims practices. ECF No. 14. Taylor concedes Mid-Century is entitled to judgment on her extra-contractual claims. ECF No. 15 at 2-3. I therefore grant Mid-Century's motion.

In her response to Mid-Century's motion, Taylor requests the court set the remaining breach of contract claim for a settlement conference. Mid-Century states in its reply that is amenable to a settlement conference. ECF No. 16 at 2. I defer to Magistrate Judge Leen whether to await this court's normal procedure of scheduling a settlement conference after entry of the joint pretrial order or to schedule one sooner.

IT IS THEREFORE ORDERED that defendant Mid-Century Insurance Company's motion for partial summary judgment **(ECF No. 14) is GRANTED**.

IT IS FURTHER ORDERED that the matter of scheduling a settlement conference is referred to Magistrate Judge Leen.

DATED this 2nd day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE