ELLEN G. STOEBLING, ESQ.
State Bar No. 003166
**THE LAW OFFICES OF KARL H. SMITH**
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
Phone: (702) 408-3800
ellen.stoebling@farmersinsurance.com
Attorney for Defendant, MID-CENTURY INSURANCE COMPANY, LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

~~~~~~~

JULIE E. TAYLOR,

    Plaintiff,

vs.

MID-CENTURY INSURANCE COMPANY, LLC., a California limited liability company d/b/a Farmers Insurance Group; DOES I-X, and ROE BUSINESS ENTITIES I-X, inclusive,

    Defendants.

Case No.: 2:17-CV-01878-APG-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, by and through counsel of record, Rebecca A. Fuller, Esq., and Defendant, by and through counsel of record, Ellen G. Stoebling, Esq., of The Law Offices of Karl H. Smith, that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order has not been entered, therefore no firm trial date has been set.

DATED: July 2, 2018

FULLER LAW PRACTICE

BY: _/s/ Rebecca A. Fuller_
REBECCA A. FULLER, ESQ. # 09809
Attorney for Plaintiff, Julie E. Taylor
500 N. Rainbow Blvd. #300
Las Vegas, NV 89107

1

|   |   |
|---|---|
| DATED: _____, 2018 | THE LAW OFFICES OF KARL H. SMITH |
| | */s/ Ellen G. Stoebling* |
| | BY: _____ |
| | ELLEN G. STOEBLING, ESQ., # 003166 |
| | Attorney for Defendant, Mid-Century Insurance Company, LLC. |
| | 7455 Arroyo Crossing Parkway, Suite 200 |
| | Las Vegas, NV 89113 |

**ORDER**

IT IS SO ORDERED this 3rd day of July, 2018. Case No. 2:17-cv-1878-APG-PAL is dismissed with prejudice, each side to bear its own fees and costs incurred therein.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

THE LAW OFFICES OF KARL H. SMITH

*/s/ Ellen G. Stoebling*
_____
Ellen G. Stoebling, Esq.
Attorney for Defendant